# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Leon Henry Carter, III,                                      Civil No. 12-258 (RHK/LIB)

        Plaintiff,                                              **ORDER**

vs.

Ralph Clark,

        Defendant.

___

      Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, no Objections having been filed with respect thereto, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

    1.    The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

    2.    Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED**; and

    3.    This action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  March 26, 2012

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge